# United States Court of Appeals for the Fifth Circuit

---

No. 25-11113
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 27, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

WILLIAM DAVID HARDEN,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:15-CR-58-1

---

Before WIENER, STEWART, and RICHMAN, *Circuit Judges*.

PER CURIAM: [*]

IT IS ORDERED that Appellee's unopposed motion to modify judgment to remove certain supervised-release conditions: (1) Strike Standard Condition 5 and replace it with the original judgment's Standard Condition 6 – which requires Harden to "notify the probation office with seventy-two (72) hours of any change in residence or employment" (2)

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

Strike Standard Condition 7 and replace it with the original  judgment's Standard Condition 5 – which requires Harden to "work regularly at a lawful occupation unless excused by the probation office for schooling, training, or other acceptable reasons" and (3) affirm the judgment as modified is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request to remand the case to the Northern District of Texas – Abilene Division with instructions to strike the conditions and modify the judgment is DENIED AS UNNECESSARY.

IT IS FURTHER ORDERED that Appellee's alternative extension request to file brief fifteen (15) days from the Court's denial of the motion to modify judgment and remand case is DENIED AS UNNECESSARY.